222 F.2d 264
 UNITED DISTILLERS of AMERICA, Inc., Libellant-Appellee,
v.
THE OLANCHO, her engines, etc., Respondent-Appellant.
 No. 310, Docket 23516.
 United States Court of Appeals Second Circuit.
 Argued April 15, 1955.
Decided May 12, 1955.
 
 Haight, Deming, Gardner, Poor & Havens, New York City (MacDonald Deming and Gordon W. Paulsen, New York City, of counsel), for appellant.
 Bigham, Englar, Jones & Houston, New York City (Donald M. Waesche, Jr., New York City, of counsel), for appellee.
 Before FRANK, MEDINA and STALEY, Circuit Judges.
 PER CURIAM.
 
 
 1
 Affirmed on the opinion of Judge Clancy.